## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

LISA ANDERSON, on behalf of
herself and all others similarly situated,

        Plaintiff,

        v.

I AM BEYOND, LLC,

        Defendant.

Case No. 1:26-cv-01892

Honorable Judge John F. Kness

## DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND ADJOURNMENT OF INITIAL STATUS HEARING

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant I Am Beyond, LLC ("Defendant") hereby moves this Honorable Court for (1) an extension of time, up to and including June 30, 2026, to answer or otherwise respond to Plaintiff Lisa Anderson's ("Plaintiff") Complaint, and (2) an adjournment of the upcoming Initial Status hearing. In support of its Unopposed Motion, Defendant states as follows:

1. On February 19, 2026, Plaintiff commenced a civil action against Defendant by filing a Complaint in this Court. (ECF No. 1.)

2. Plaintiff served Defendant on March 11, 2026. (ECF No. 6.)

3. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, and the Court's docket, Defendant's responsive pleading deadline was April 1, 2026. (ECF No. 6.)

4. The Court granted Defendant's first request for an extension of its responsive pleading deadline on March 30, 2026. Defendant's response was due on May 1, 2026. (ECF No. 11.)

326237163v.1

5.      The Court granted Defendant's second request for an extension of its responsive pleading deadline on April 30, 2026. Defendant's response is currently due on May 31, 2026. (ECF No. 13.)

6.      On May 11, 2026, the Court entered a minute entry setting an Initial Status hearing for June 17, 2026 and ordering the Parties to file an initial joint status report by June 7, 2026. (ECF No. 14.)

7.      Since being served with the Complaint, Defendant has been investigating the alleged barriers and communicating with Plaintiff regarding the issues. The Parties are actively working diligently to resolve this matter. However, additional time is needed for these discussions. Accordingly, Defendant requests thirty (30) additional days, up to and including June 30, 2026, to continue those discussions, and prepare a response to the Complaint, if necessary.

8.      Considering their ongoing settlement discussions, the Parties respectfully request an adjournment of the upcoming Initial Status hearing scheduled for June 17, 2026, and a corresponding extension of the deadline for the Parties to file their Joint Initial Status Report to a date after June 30, 2026.

9.      On May 29, 2026, Defendant's counsel conferred with Plaintiff's counsel regarding the relief requested in this Unopposed Motion, and Plaintiff's counsel consented to the requested relief.

10.     This is Defendant's third request for an extension of its responsive pleading deadline.

11.     This request is made in good faith and will not prejudice either party or cause undue delay in these proceedings. *See* Fed. R. Civ. P. 1. Rather, it will allow the Parties sufficient time to continue their ongoing settlement discussions.

2

326237163v.1

3

WHEREFORE, Defendant respectfully requests that this Honorable Court: (a) grant its Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint, up to and including June 30, 2026; (b) adjourn the upcoming Initial Status hearing to a date after June 30, 2026, including a corresponding adjournment of the deadline for the Parties to file their Initial Joint Statue Report;  and (c) grant such other and further relief as this Honorable Court deems just and proper.

 DATED:  May 29, 2026

By:  */s/ James P. Nasiri*

James P. Nasiri
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: jnasiri@seyfarth.com

*Attorneys for I Am Beyond, LLC*

326237163v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I filed the foregoing DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND ADJOURNMENT OF INITIAL STATUS HEARING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James P. Nasiri*
James P. Nasiri

326237163v.1