**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lisa Anderson

                                    Plaintiff,

v.                                                          Case No.: 1:26–cv–01892
                                                            Honorable John F. Kness

I Am Beyond, LLC

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2026:

          MINUTE entry before the Honorable John F. Kness: Defendant's unopposed motion for extension of time to file responsive pleading [15] is granted. Defendant must answer or otherwise respond to Plaintiff's complaint on or before 6/30/2026. Accordingly, the initial status hearing set for 6/17/2026 is stricken and reset for 7/8/2026 at 9:45 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.