**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| LISA ANDERSON, on behalf of herself and all others similarly situated,<br><br>      Plaintiff.<br><br>  v.<br><br>I Am Beyond, LLC,<br><br>      Defendant. | Case No. 1:26-cv-1892<br><br>Judge John F. Kness |

**<u>AGREED MOTION TO EXTEND CASE DEADLINES</u>**

Plaintiff Lisa Anderson ("Plaintiff") and Defendant I Am Beyond, LLC ("Defendant"), by and through their respective undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a fourteen (14) day extension of the current case deadlines. In support of this Agreed Motion, the Parties state as follows:

1. Plaintiff commenced this action by filing her Complaint on February 19, 2026.

2. Defendant's current deadline to answer or otherwise respond to the Complaint is June 30, 2026.

3. The Court has scheduled an initial status hearing for July 8, 2026.

4. Since the Court's most recent extension, the Parties have continued evaluating the issues presented in this action and have engaged in

productive discussions concerning the claims and defenses asserted in this case.

5. The Parties believe that a brief fourteen (14) day extension will facilitate those discussions, may conserve the resources of both the Parties and the Court, and will not prejudice any party.

6. Accordingly, the Parties respectfully request that:

    a. Defendant's deadline to answer or otherwise respond to the Complaint be extended from June 30, 2026, to July 14, 2026; and

    b. the initial status hearing currently scheduled for July 8, 2026, be continued to a date and time convenient for the Court after July 14, 2026.

7. This request is made jointly, in good faith, and not for purposes of delay.

WHEREFORE, the Parties respectfully request that this Court enter the accompanying Agreed Order extending the foregoing deadlines and granting such other and further relief as the Court deems just and appropriate.

Dated: June 30, 2026

| | |
|---|---|
| **/s/ Alison Chan** | **/s/ James P Nasiri** |
| By: Alison Chan, Esq. | By: James P Nasiri |
| EQUAL ACCESS LAW GROUP, PLLC | Seyfarth Shaw LLP |
| 4903 Avenue N | 233 S. Wacker Drive Suite 8000 |
| Brooklyn NY 11234 | Chicago, IL 60606 |
| O: (844) 731-3343 | T: (312) 460-5976 |
| C: (630)-478-0856 | Email: Jnasiri@seyfarth.com |
| Email: achan@ealg.law | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |